| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| RICKY EUGENE ROSS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:12-CV-275 |
| | § | |
| KENT DICKERSON, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORTS AND RECOMMENDATIONS**

Plaintiff Ricky Eugene Ross, a prisoner previously confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting defendants' motions for summary judgment. The magistrate judge also recommends dismissing the claims against defendants Debra Harrell and James E. Barefield as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the reports of the magistrate judge (#97 and #98) are **ADOPTED**. Defendants' motions for summary judgment (#82 and #89) are **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 18th day of September, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE